IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

JUN 1 0 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

GENER R. BARISO

Case No. 2:19mj332
Court Date: August 5, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 6883035

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 28, 2019, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, GENER R. BARISO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)-Violation Notice No. 6883036

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 28, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GENER R. BARISO, did knowingly and unlawfully enter and was found upon Naval Air Station Oceana property after having been ordered by the Commanding Officer, Naval Air Station Oceana, Virginia Beach, Virginia, not to reenter any naval installation in the Hampton Roads, Virginia area.

(In violation of Title 18, United States Code, Section 1382).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

6 June 2019
Date